**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (Bar No. 101081)
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840
dmccarthy@hillfarrer.com

Attorneys for Defendants, Counterclaimants, Cross-Complainants and Counterdefendants ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., and Counterdefendants RELIABLE PROPERTIES, INC., and JACK NOURAFSHAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,<br>    Debtors. | Case No. 2:19-cv-04404-JFW<br><br>Bankr. Case No. 1:16-bk-12255-GM<br><br>Chapter 11<br>Jointly Administered |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>    Plaintiff,<br>vs.<br><br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, and STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | Bankr. Adv. No. 1:17-ap-01040-MT<br><br>**NOTICE OF HEARING ON MOTION TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING**<br><br>**DATE:** June 17, 2019<br>**TIME:** 1:30 p.m.<br>**PLACE:** Courtroom 7A<br>         350 West 1st Street<br>         Los Angeles, CA 90012 |
| ELKWOOD ASSOCIATES, LLC, and | |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

| | |
|---|---|
| 1 | FIELDBROOK, INC., |
| 2 | Counterclaimants, |
| 3 | vs. |
| 4 | DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar, |
| 5 | |
| 6 | Counter-defendant. |
| 7 | |
| 8 | ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., |
| 9 | |
| 10 | Cross-claimants, |
| 11 | vs. |
| 12 | ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, and STATE STREET BANK AND TRUST COMPANY, |
| 13 | |
| 14 | |
| 15 | |
| 16 | Cross-defendants. |
| 17 | |
| 18 | HOWARD L. ABSELET, an individual; and ISRAEL ABSELET, an individual, |
| 19 | |
| 20 | Counterclaimants, |
| 21 | vs. |
| 22 | ELKWOOD ASSOCIATES, LLC, a California limited liability company; FIELDBROOK, INC., a California corporation; RELIABLE PROPERTIES, INC., a California corporation; JACK NOURAFSHAN, an individual; CITIVEST FINANCIAL SERVICES, INC., a Nevada corporation; DAVID K. GOTTLIEB, as trustee of the bankruptcy estates of Massoud Aaron Yashouafar and Solyman Yashouafar; FEREYDOUN DAYANI, an individual; SODA PARTNERS, LLC, a California limited |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

1 | liability company; DMARC 2007-CD5
2 | GARDEN STREET, LLC, a Delaware
  | limited liability company; and DOES 1
3 | through 10, inclusive,
4 |             Counterdefendants.

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the "Motion to Withdraw Reference of Adversary Proceeding" (the "Motion") of Defendants, Counterclaimants, Cross-Complainants and Counterdefendants ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., and Counterdefendants RELIABLE PROPERTIES, INC., and JACK NOURAFSHAN will be heard on June 17, 2019, at 1:30 p.m., before the Honorable John F. Walter, United States District Court Judge, in Courtroom 7A of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California 90012. The Motion previously was filed and served on May 21, 2019.

Pursuant to L.R. 7-9, the Elkwood Group hereby provides notice to all other parties that a written response is required to be filed and served at least 21 days before the hearing on this Motion.

DATED: May 28, 2019          **HILL, FARRER & BURRILL LLP**

                                      By: /s/ Daniel J. McCarthy
                                      DANIEL J. McCARTHY
                                      Attorneys for Defendants, Counterclaimants, Cross-Complainants and Counterdefendants ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., and Counterdefendants RELIABLE PROPERTIES, INC., and JACK NOURAFSHAN

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

# PROOF OF SERVICE

I, Sonia Padilla, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, 300 South Grand Avenue, Los Angeles, California 90071-3147. On May 28, 2019, I served the within documents:

**NOTICE OF HEARING ON MOTION TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by causing personal delivery by Delivery Service of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed Delivery Service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☒ by email to the person(s) at the email address(es) set forth below.

*See Attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2019, at Los Angeles, California.

/s/ Sonia Padilla
Sonia Padilla

| | |
|---|---|
| **Service List** | |
| Honorable Maureen Tighe<br>U.S. Bankruptcy Court<br>21041 Burbank Boulevard, Suite 324<br>Woodland Hills, CA 91367 | *Via Overnight Mail* |
| **Attorneys for David K. Gottlieb**<br>Jeremy V. Richards<br>Pachulski Stang Ziehl and Jones LLP<br>10100 Santa Monica Boulevard 13th Floor<br>Los Angeles, CA 90067 | *Via First Class Mail* |
| **Attorneys for Howard Abselet and Israel Abselet**<br>Henry S. David<br>The David Firm®<br>617 W. 7th St., Suite 702<br>Los Angeles, CA 90017 | *Via First Class Mail* |
| **Attorneys for Soda Partners, LLC**<br>Ronald N. Richards<br>Law Offices of Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, California 90213 | *Via First Class Mail* |
| **Attorneys for DMARC 2007-CD5 Garden Street**<br>Timothy C. Aires<br>Aires Law Firm<br>6 Hughes, Ste. 205<br>Irvine, CA 92618 | *Via First Class Mail* |
| **Attorneys for J.P. Morgan Chase Bank, N.A., and Quality Loan Service Corporation**<br>Merdaud Jafarnia<br>McCarthy & Holthus LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101 | *Via First Class Mail* |
| **Attorneys for Citivest Financial Services, Inc.**<br>Scott Wyman<br>P.O. Box 50053<br>Studio City, CA 91614 | *Via First Class Mail* |
| **Attorneys for Fereydoun Dayani**<br>Behrouz Shafie<br>Law Offices Behrouz Shafie<br>and Associates<br>1575 Westwood Boulevard Suite 200<br>Los Angeles, CA 90024<br>behrouzshafie@gmail.com | *Via First Class Mail* |

State Street Bank and Trust Company *Via First Class Mail*
c/o CT Corporation System
818 W. 7th Street, Suite 930
Los Angeles, CA 90017

**Service by Email**

| | |
|---|---|
| Jeremy V. Richards | jrichards@pszjlaw.com |
| Henry S. David | hdavid@davidfirm.com |
| Ronald Richards | ron@ronaldrichards.com |
| Timothy C. Aires | tca@arlawyers.com |
| Merdaud Jafarnia | mjafarnia@mccarthyholthaus.com |
| Mark M. Sharf | mark@sharflaw.com |
| Scott Wyman | scottwyman2k@yahoo.com |
| Behrouz Shafie | behrouzshafie@gmail.com |